Argued January 4—decided January 4, 1966

STATE OF CONNECTICUT *v.* STANLEY RAKIEC

The motion by the defendant to set aside the judgment of the Superior Court in Middlesex County is denied.

*A. Robert Gordon,* public defender, for the appellant (defendant).

734

*Peter W. Gillies,* special assistant state's attorney, for the appellee (state).

Argued January 4—decided January 4, 1966